IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| HAROLD HUGHES, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 1:23-cv-1011 |
| ) | |
| DURHAM COUNTY JAIL DETENTION ) | |
| FACILITY, LT. JACKSON, and ) | |
| SGT. JOHNSON, ) | |
| ) | |
| Defendants. ) | |

**JUDGMENT**

For the reasons set forth in the Order filed contemporaneously with this Judgment,

**IT IS ORDERED AND ADJUDGED** that this action is hereby **DISMISSED WITHOUT PREJUDICE** under Federal Rule of Civil Procedure 41(b) and pursuant to Local Rule 11.1(b) for failure to prosecute.

This the 14th day of March, 2024.

_____
United States District Judge